1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10                              **EASTERN DIVISION**

11   **MELISSA MURPHY,**                    )
                                            )
12                    **Petitioner,**       ) Case No. EDCV 13-68 VBF (AJW)
                                            )
13            **v.**                        )
                                            ) ORDER ACCEPTING REPORT AND
14   **RIVERSIDE SUPERIOR COURT, et al.,**  ) RECOMMENDATION OF
                                            ) MAGISTRATE JUDGE
15                    **Respondents.**      )
     _____      )

16

17        Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed

18   the entire record in this action, and the Report and Recommendation

19   of United States Magistrate Judge ("Report").  No objections to the

20   Report have been filed within the time allowed.  The Court concurs

21   with and accepts the findings of fact, conclusions of law, and

22   recommendations contained in the Report.

23        DATED: 03/26/2013

24                                           *Valerie Baker Fairbank*

25                                           _____

26                                           Valerie Baker Fairbank
                                             United States District Judge

27

28