UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MELISSA MURPHY, ) | |
| ) | |
| Petitioner, ) | Case No. EDCV 13-68-VBF (AJW) |
| ) | |
| v. ) | |
| ) | |
| RIVERSIDE SUPERIOR COURT, ) | JUDGMENT |
| JUDGE BECKY DUGAN, et al., ) | |
| ) | |
| Respondents. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 03/26/2013

_____
Valerie Baker Fairbanks
United States District Judge